JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY WARNE, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; AMERICAN EXPRESS COMPANY; BANK OF AMERICA, N.A.; BARCLAYS BANK DELAWARE; JP MORGAN CHASE BANK; CITIBANK, N.A.; DISCOVER BANK; NASA FEDERAL CREDIT UNION; PENTAGON FEDERAL CREDIT UNION,<br><br>　　　　Defendants. | Case No. 5:20-cv-01620-AB-SP<br><br>[Assigned to Hon. André Birotte Jr.]<br><br>[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE<br><br>Complaint Filed: August 12, 2020 |

# [PROPOSED] ORDER

Plaintiff Gary Warne and defendant JPMorgan Chase Bank, N.A., having so stipulated, and good cause appearing therefore, IT IS HEREBY ORDERED that, pursuant to the stipulation of dismissal filed by the parties, the action is dismissed in its entirety WITHOUT PREJUDICE. Each party shall bear its and his own costs and attorneys' fees.

Dated:  December 1, 2020

Hon. André Birotte Jr.
United States District Judge