SEMNAR & HARTMAN, LLP
Babak Semnar, Esq. (SBN 224890)
Jared M. Hartman, Esq. (SBN 254860)
41707 Winchester Road, Suite 201
Temecula, CA 92590
(619) 500-4187 Telephone
(888) 819-8230 Facsimile

Attorneys for Plaintiff, GARY WARNE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY WARNE, an individual,<br><br>    Plaintiffs,<br><br>  vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et al.,<br><br>    Defendants. | Case No.: 5:20-cv-01620-AB-SP<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT DISCOVER BANK** |

**PLEASE TAKE NOTICE** that, Plaintiff has reached a settlement with Defendant DISCOVER BANK, and as a result requests that all dates/deadlines/hearings be vacated as to this Defendant only. This settlement does not impact any other claims currently pending against any other Defendant and does not impact any deadlines or hearings presently set as to any other Defendant.

///
///
///
///

1
NOTICE OF SETTLEMENT

Plaintiff and Defendant DISCOVER BANK anticipate filing a Joint Stipulation to Dismiss, with prejudice, with each side to bear its own costs and fees, within the next 60 calendar days, as the Parties will need sufficient time to draft and execute the written settlement agreement/release and perform necessary actions thereupon.  As such, these parties request that the Court set a Settlement Status Conference hearing for approximately 90 days out, so that the Court can reinstate the matter only if settlement terms have not been completed by then.

Dated: 12/21/20    Respectfully submitted,

/s/ Jared M. Hartman
Jared M. Hartman, Esq.
Attorneys for Plaintiff

Dated: 12/21/20    Respectfully submitted,

/s/ Zachary C Frampton
Zachary C. Frampton, Esq.
Attorneys for Defendant,
DISCOVER BANK

### **CERTIFICATION OF APPROVAL**

Pursuant to L.R. 5-4.3.4(a)(2), I hereby certify that a draft of this document was provided to counsel of record for Defendant DISCOVER BANK, and that I have obtained authorization to affix his electronic signature to this document.

Dated: 12/21/20    Respectfully submitted,

/s/ Jared M. Hartman
Jared M. Hartman, Esq.
Attorneys for Plaintiff