SEMNAR & HARTMAN, LLP
Babak Semnar, Esq. (SBN 224890)
Jared M. Hartman, Esq. (SBN 254860)
41707 Winchester Road, Suite 201
Temecula, CA 92590
(619) 500-4187 Telephone
(888) 819-8230 Facsimile

Attorneys for Plaintiff, GARY WARNE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY WARNE, an individual, | Case No.: 5:20-cv-01620-AB-SP |
| Plaintiffs, | **NOTICE OF SETTLEMENT WITH DEFENDANT TRANS UNION, LLC** |
| vs. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et al., | |
| Defendants. | |

**PLEASE TAKE NOTICE** that, Plaintiff has reached a settlement with Defendant TRANS UNION, LLC, and as a result requests that all dates/deadlines/hearings be vacated as to this Defendant only.  This settlement does not impact any other claims currently pending against any other Defendant and does not impact any deadlines or hearings presently set as to any other Defendant.

///
///
///
///

1
NOTICE OF SETTLEMENT

Plaintiff and Defendant TRANS UNION, LLC anticipate filing a Joint Stipulation to Dismiss, with prejudice, with each side to bear its own costs and fees, within the next 60 calendar days, as the Parties will need sufficient time to draft and execute the written settlement agreement/release and perform necessary actions thereupon.  As such, these parties request that the Court set a Settlement Status Conference hearing for approximately 90 days out, so that the Court can reinstate the matter only if settlement terms have not been completed by then.

Dated: 1-12-21                          Respectfully submitted,

                                        /s/ Jared M. Hartman
                                        Jared M. Hartman, Esq.
                                        Attorneys for Plaintiff

Dated: 1-12-21                          Respectfully submitted,

                                        /s/ Jennifer Bergh
                                        Jennifer Bergh, Esq.
                                        Attorneys for Defendant,
                                        TRANS UNION, LLC

## CERTIFICATION OF APPROVAL

Pursuant to L.R. 5-4.3.4(a)(2), I hereby certify that a draft of this document was provided to counsel of record for Defendant TRANS UNION, LLC, and that I have obtained authorization to affix her electronic signature to this document.

Dated: 1-12-21                          Respectfully submitted,

                                        /s/ Jared M. Hartman
                                        Jared M. Hartman, Esq.
                                        Attorneys for Plaintiff

# PROOF OF SERVICE

Warne v. Experian Information Solutions, Inc., et al.    Case No. 5:20-cv-01620-AB-SP

    I am employed in the County of Riverside, State of California. I am over the age of 18 and am not a party to the within action; my business address is 41707 Winchester Road, Suite 201, Temecula California 92590.  On the date indicated below, I served the foregoing on the interested parties in this action by serving the document titled: **NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION, LLC** and had it served on:

Benjamin Sanchez
Jones Day
555 South Flower Street 50th Floor
Los Angeles, CA 90071
213-489-3939
Fax: 213-243-2539
E-mail: bsanchez@jonesday.com
*Counsel for Experian Information Solutions, Inc.*

Thomas P Quinn , Jr
Nokes and Quinn APC
410 Broadway Suite 200
Laguna Beach, CA 92651
949-376-3500
Fax: 949-376-3070
E-mail: tquinn@nokesquinn.com
*Counsel for Equifax Information Services, Inc.*

Jennifer Bergh
Quilling Selander Lownds Winslett and Moser PC
6900 North Dallas Parkway Suite 800
Plano, TX 75024
214-560-5460
Fax: 214-871-2111
E-mail: jbergh@qslwm.com
*Counsel for TransUnion LLC*

1  Melina Manetti
2  Shook Hardy and Bacon LLP
   One Montgomery Suite 2600
3  San Francisco, CA 94104
4  415-544-1900
   Fax: 415-391-0281
5  E-mail: mmanetti@shb.com
6  *Counsel for American Express Company*

7

8  Salwa Syeda Kamal
9  McGuireWoods LLP
   Two Embarcadero Center Suite 1300
10 San Francisco, CA 94111
11 415-490-0926
   Fax: 415-844-9922
12 Email: SKamal@mcguirewoods.com
13 *Counsel for Bank of America, N.A.*

14

15 Kristel Adriane Robinson
16 Behzad Ben Mohandesi
   Yu Mohandesi LLP
17 633 West 5th Street Suite 2800
18 Los Angeles, CA 90071
   213-328-7527
19 Fax: 213-377-5501
20 E-mail: krobinson@yumollp.com
   bmohandesi@yumollp.com
21 *Counsel for Barklays Bank Delaware*

22

23 Shahrzad Guerami
   Arjun P. Rao
24 Stroock and Stroock and LaVan LLP
25 2029 Century Park East 18th Floor
   Los Angeles, CA 90067-3086
26 310-556-5800
27 Fax: 310-556-5959
   E-mail: lacalendar@stroock.com
28 *Counsel for JP Morgan Chase Bank*

Marcos Daniel Sasso
Susan Nona Nikdel
Ballard Spahr LLP
2029 Century Park East Suite 1400
Los Angeles, CA 90067
424-204-4324
Fax: 424-204-4350
E-mail: sassom@ballardspahr.com
nikdels@ballardspahr.com
*Counsel for Citibank*

Alexandria Kimberly Hobson
Mark Kenneth Worthge
Litchfield Cavo LLP
2 North Lake Avenue Suite 400
Pasadena, CA 91101
626-683-1100
Fax: 626-683-1113
Email: hobson@litchfieldcavo.com
worthge@litchfieldcavo.com
*Counsel for NASA Federal Credit Union*

☐ **(BY E-MAIL OR ELECTRONIC TRANSMISSION): Pursuant to agreement with counsel for electronic service to be acceptable,** I caused a copy of the document(s) listed above to be sent from e-mail address Jared@sandiegoconsumerattorneys.com to the persons at the e-mail addresses listed in the Service List.

☐ **(BY FACSIMILE)** – I caused the above described document(s) to be transmitted to the offices of the interested parties at the facsimile number(s) indicated on the attached Service List and the activity report(s) generated by facsimile number (888) 819-8230 indicating on all pages that they were transmitted.

☐ **(BY PERSONAL SERVICE)** – I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

☒ **(FEDERAL)** – I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. **Via Electronic Service**: If the above-described documents are a pleading filed with the Court, then such documents will be delivered electronically through the court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service. Otherwise, said documents will be delivered via the method checked above.

Dated: __1-12-21__                              */s/ Jared M. Hartman*
                                                 Jared M. Hartman, Esq.