1  SEMNAR & HARTMAN, LLP
2  Babak Semnar, Esq. (SBN 224890)
   Jared M. Hartman, Esq. (SBN 254860)
3  41707 Winchester Road, Suite 201
4  Temecula, CA 92590
   (619) 500-4187 Telephone
5  (888) 819-8230 Facsimile
6
   Attorneys for Plaintiff, GARY WARNE
7
8              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
9

10 | | Case No.: 5:20-cv-01620-AB-SP
11 | GARY WARNE, an individual, |
12 | | **PLAINTIFF'S NOTICE OF**
   | Plaintiffs, | **SETTLEMENT AS TO ENTIRE CASE,**
13 | vs. | **ALL CLAIMS AND ALL PARTIES**
14 | |
15 | EXPERIAN INFORMATION |
   | SOLUTIONS, INC.; et al., |
16 | |
17 | Defendants. |
18

19
20     **PLEASE TAKE NOTICE** that, Plaintiff has reached a settlement with all
21 Defendants, as to all claims. The only Defendant remaining for execution of settlement
22 terms is Defendant TRANS UNION, LLC. All other Defendants have now been
23 dismissed and terminated.
24     Plaintiff anticipates filing a stipulation for dismissal, with prejudice, of
25 Defendant TRANS UNION, LLC within the next 45-60 days, upon successful
26 completion of settlement terms.
27
28
                                    1
                          NOTICE OF SETTLEMENT

1  As such, Plaintiff requests that the Court remove this matter from its active
2  litigation calendar and set a Settlement Status Conference for any date that is
3  convenient for the Court 75 days or more from today's date.

Dated: 3-14-21    Respectfully submitted,

*/s/ Jared M. Hartman*
Jared M. Hartman, Esq.
Attorneys for Plaintiff