JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY WARNE, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et al.,<br><br>        Defendants. | Case No.: 5:20-cv-01620-AB-SP<br><br>**[PROPOSED]** ORDER GRANTING STIPULATION TO DISMISS DEFENDANT TRANS UNION, LLC, WITH PREJUDICE, AND TO CLOSE THE CASE |

**PLEASE TAKE NOTICE** that, Plaintiff and Defendant TRANS UNION, LLC, have stipulated, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to dismiss this action, and all claims, with prejudice as against TRANS UNION, LLC, with each side to bear its own costs and fees.

For good cause shown, the Parties' Stipulation is hereby **GRANTED**.

As this is the remaining Defendant in the matter, the Court directs the Clerk to completely **close the matter in its entirety**.

IT IS SO ORDERED.

Dated: March 30, 2021

_____,
Honorable André Birotte Jr.
United States District Judge